# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 4, 2025

### NO. 03-25-00027-CR

**Ex parte Tony Ramirez, Appellant**

**APPEAL FROM THE 460TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
AFFIRMED -- OPINION BY JUSTICE CRUMP**

This is an appeal from the order denying an application for writ of habeas corpus entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying an application for writ of habeas corpus. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.